COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Mitchell Carter v. T. Gerald Treece, in his Capacity as Independent
Executor of the Estate of John M. O'Quinn

Appellate case number:   01-11-01003-CV

Trial court case number:  2009-50892

Trial court:                    152nd District Court of Harris County

On June 1, 2012, the district clerk filed the clerk's record on indigence in the above-referenced appeal containing the trial court's order denying the contest to appellant's affidavit of indigence.

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs. *See* TEX. R. APP. P. 20.1(i)(4), (j)(5).

It is further **ORDERED** that the District Clerk file with this Court, within 30 days of the date of this order and at no cost to appellant, a clerk's record containing the items specified in Texas Rule of Appellate Procedure 34.5(a). *See* TEX. R. APP. P. 20.1(k).

It is further **ORDERED** that the Court Reporter file with this Court, within 30 days of the date of this order and at no cost to appellant, the reporter's record. *See id.*

Appellant's brief is **ORDERED** filed with this Court within 30 days after the later of the date the clerk's record is filed or the date the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 30 days after the date the appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).


Judge's signature: /s/ <u>Justice Terry Jennings</u>
                    ☐ Acting individually     ☐ Acting for the Court

Date: July 26, 2012